UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Luminous Mobile, LLC,                     Case No. 23-43724-LSG
                                                         Chapter 11
         Debtor.                            Hon. Lisa S. Gretchko
_____/

**EXHIBIT TO RIVER OAKS APARTMENTS OF ROCHESTER HILLS'
MOTION TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF
EXECUTORY LEASE, OR IN THE ALTERNATIVE,
RELIEF FROM STAY**

STEINBERG SHAPIRO & CLARK

 /s/ Mark H. Shapiro (P43134)
Attorney for River Oaks Apartments
of Rochester Hills
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: April 25, 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Rodney C. Johnson,                            Case No. 23-42679-LSG
                                                       Chapter 13
                        Debtor.                 Hon. Lisa S. Gretchko
_____/

**ORDER DENYING DEBTOR'S MOTION TO EXTEND THE
AUTOMATIC STAY BEYOND 30 DAYS PURSUANT TO
<u>11 U.S.C. § 362(c)(3)(B)</u>**

This matter came before the Court upon the Debtor's Motion to Extend the Automatic Stay Beyond 30 Days Pursuant to 11 U.S.C. § 362(c)(3)(B) ("Motion"; ECF No. 9). On April 10, 2023, River Oaks Apartments of Rochester Hills ("River Oaks") filed an objection to the Motion ("River Oaks Objection"; ECF No. 15). On April 18, 2023, a hearing on the Motion was held ("Hearing"). Counsel for the Debtor, counsel for River Oaks, and the Chapter 13 Trustee appeared at the Hearing. The Debtor did not appear at the Hearing. Pursuant to E.D. Mich. LBR 4001-4(a), the Chapter 13 Trustee orally raised objections to the Motion at the Hearing. At the conclusion of the Hearing, counsel for the Debtor and the Chapter 13 Trustee orally waived presentment of this Order; accordingly (and pursuant to E.D. Mich. LBR 9021-1(a)(2)) at the Hearing the Court determined to excuse presentment of this Order. The Court has reviewed the Motion, the River Oaks

Objection and other pertinent pleadings, has considered statements made at the Hearing, and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the April 18, 2023 Hearing, the Debtor's Motion to Extend the Automatic Stay Beyond 30 Days is denied.

**Signed on April 18, 2023**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**