UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**LUMINOUS MOBILE, L.L.C.**               Case No. 23-43724

                                          Chapter 11

                                          Hon. Lisa S. Gretchko

Debtor.
_____/

# ORDER DENYING EX-PARTE MOTION TO ADJOURN HEARING

This matter came before the Court upon the Debtor's Ex Parte Motion ("Ex Parte Adjournment Motion"; ECF No. 33) seeking to adjourn the hearing on the Landlord's Motion to Compel Immediate Assumption or Rejection of Executory Lease, Or In the Alternative, Relief from Stay ("Landlord's Motion"; ECF No. 4) which is scheduled for an in-person hearing on May 24, 2023 at 1:00 p.m. Pursuant to E.D. Mich. LBR 9014-1(k), the May 24, 2023 hearing on the Landlord's Motion will not be an evidentiary hearing. The Court has reviewed the Ex Parte Adjournment Motion, the Exhibit filed at ECF No. 34, and other pertinent pleadings, and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Ex Parte Adjournment Motion is denied.

**Signed on May 23, 2023**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge