UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Luminous Mobile, LLC,   Case No. 23-43724-LSG
                        Chapter 11
    Debtor.   Hon. Lisa S. Gretchko
_____/

# STIPULATED ORDER ADJOURNING
# HEARING ON MOTION TO DISMISS FILED BY THE OFFICE OF THE UNITED STATES TRUSTEE AND §1188 STATUS CONFERENCE

On June 2, 2023, the Office of the United States Trustee filed a Motion to Dismiss this case ("Motion"; ECF No. 50). On June 23, 2023, the Debtor filed an objection to the Motion ("Objection"; ECF No. 58). Pursuant to 11 U.S.C. § 1112(b)(3), this Court is required to commence the hearing on the Motion within 30 days after the Motion was filed unless the movant (here, the Office of the United States Trustee) expressly consents to a continuance. Consequently, on June 26, 2023, the Court scheduled a hearing on the Motion for June 30, 2023. On June 27, 2023, a stipulation among Luminous Mobile, LLC, the Office of the United States Trustee, River Oaks Apartments of Rochester Hills, and the Subchapter V Trustee was filed ("Stipulation"; ECF No. 61); the Stipulation constitutes the express consent of the Office of the United States Trustee to an adjournment of the commencement of the hearing on the Motion from June 30, 2023 to July 7, 2023.

The Court has reviewed the Stipulation and other pertinent pleadings and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that, for the reasons set forth in the Stipulation, the in-person hearings on the following matters are adjourned from June 30, 2023 at 1:00 p.m. to in-person hearings on July 7, 2023 at 1:00 p.m.: (i) the hearing on the Motion to Dismiss filed by the Office of the United States Trustee, and (ii) the §1188 Status Conference.

**Signed on June 27, 2023**

/s/ **Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**