UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Luminous Mobile, LLC

Debtor.

Bankruptcy Case No. 23-43724
Honorable Lisa S. Gretchko
Chapter 7

### ORDER SETTING BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

THIS MATTER came before the Court upon the Chapter 7 Trustee's Motion for Entry of Order Setting Bar date for Filing Chapter 11 Administrative Claims (the "Motion"; ECF No. 80). All interested parties were served with the Motion and with notice of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and other pertinent pleadings and is advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted as set forth in this Order.

2. Pursuant to Rule 1019(6) of the Federal Rules of Bankruptcy Procedure, all requests for approval of administrative expenses pursuant to 11 U.S.C. § 503 that were incurred before conversion of this case to Chapter 7 shall be filed with the Court **on or before September 15, 2023**.

3. This Court retains jurisdiction to interpret and enforce this Order.

**Signed on August 8, 2023**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
United States Bankruptcy Judge