# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

LUMINOUS MOBILE, LLC,            Case No. 23-43724-LSG
                                                          Chapter 7
                                                          HON. Lisa S. Gretchko

                 Debtor.
_____ /

## WITHDRAWAL OF TRUSTEE'S NOTICE OF ASSETS AND NOTICE TO CREDITORS

      NOW COMES KAREN E. EVANGELISTA, Chapter 7 Trustee herein, and withdraws her Trustee's Notice of Assets, Notice to Creditors and Certificate of Service of same assigned as Pleading Nos 78 respectively, and filed on or about July 18, 2023.

                                             Respectfully submitted:

                                             KAREN E. EVANGELISTA,
                                             CHAPTER 7 TRUSTEE

                                             */s/ Karen E. Evangelista* P36144
                                             Karen Evangelista, Chapter 7 Trustee
                                             2956 South Rochester Road
                                             Suite 208
                                             Rochester Hills, MI 48307
                                             (248) 652-7990
                                             brewera1008@yahoo.com

Dated: April 6, 2024